**Order filed, November 29, 2021.**



**In The**

**Fourteenth Court of Appeals**

————————

**NO. 14-21-00539-CV**

————————

**SYED  RAZA, Appellant**

**V.**

**PRITAM  TOOR, Appellee**

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-67007**

### ORDER

The reporter's record in this case was due **October 26, 2021**. *See* Tex. R. App. P. 35.1.  On October 22, 2021, this court granted the court reporters request for extension of time to file the record until November 22, 2021.  To date, the record has not been filed with the court.  Because the reporter's record was not filed within the time prescribed in the previous request, we issue the following order.

We order Cynthia Grijalva, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Wise.